Daniel L. Germain (Cal. Bar No. 143334)
Rosman & Germain LLP
815 Moraga Drive
Los Angeles, CA 90049
(310) 440-8600
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Priority ____
Send ____ X
Enter ____
Closed ____
JS-5/JS-6 ____ X
JS-2/JS-3 ____
Scan Only ____

RAMALINGAM BALAMOHAN, Derivatively on
Behalf of Nominal Defendant ACTIVISION, INC.,

Plaintiff(s),

v.

ROBERT A. KOTICK, et al., Defendants, and
ACTIVISION, INC., Nominal Defendant,

Defendant(s).

CASE NUMBER

CV05-2043 GAF (JTLx)

**NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

June 1, 2005
_____
Date

_____
*Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*

DOCKETED ON CM

JUN - 6 2005

BY _____

CV-9 (07/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

## PROOF OF SERVICE

I am employed by Irell & Manella LLP in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On June 2, 2005, I served the foregoing document described as NOTICE OF DISMISSAL PURSUANT TO RULE 41(a) on each interested party, as follows:

Daniel L. Germain, Esq.
ROSMAN & GERMAIN LLP
815 Moraga Drive
Los Angeles, CA 90049-1633

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
300 S. Grand Avenue, Ste. 3400
Los Angeles, CA 90071-3144

[X]    (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on June 2, 2005, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.


Susan Dreger
Irell & Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067
─────────────────────────
(Type or print name)

─────────────────────────
(Signature)

1308531.1 01